# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                            )<br>              Plaintiff,                        )<br>                                                            )<br>       vs.                                             )<br>                                                            )<br> DARRIUS KEOWN,                         )<br>                                                            )<br>              Defendant.                      ) | 8:03CR422<br><br>ORDER |

   Defendant Darrius Keown (Keown) appeared before the court on July 2, 2008, on a Petition for Offender Under Supervision (Report) (Filing No. 50). Keown was represented by First Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Michael D. Wellman. Through his counsel, Keown waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause and that Keown should be held to answer for a final dispositional hearing before Judge Laurie Smith Camp.

   The government moved for detention. Through counsel, Keown requested a hearing which was scheduled for 9:30 a.m. on July 2, 2008, before the undersigned magistrate judge.

   **IT IS ORDERED**:

   A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:00 a.m. on July 14, 2008.** Defendant must be present in person.

   DATED this 2nd day of July, 2008.

                                                                         BY THE COURT:

                                                                          s/Thomas D. Thalken
                                                                         United States Magistrate Judge